# Index of Exhibits

*USA v. RUIZ-RIVERA*

*20MJ20306-AHG*

Page

Ex A: Immigration Committee report The Eugenical Aspects of Deportation February 21, 1926 .................................................................................................. 1

Ex B: CR House 3614 February 16, 1929 ................................................................. 91

Ex C: CR House 5887 April 8, 1924 ........................................................................ 100

Ex D: CR House 2818 February 9, 1928 ................................................................. 116

Ex E: CR House 2462 February 3, 1928 .................................................................. 119

Ex F: Immigration Committee Report January 12, 1926 ......................................... 122

Ex G: Senate Report No. 1456 Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law Jan. 17, 1929 .... 158

Ex H: SR 5094 January 23, 1929 ............................................................................. 161

Ex I: House Report no. 2397 Deportation of Aliens February 6, 1929 .................... 163

Ex J: CR House 3525 February 15, 1929 ................................................................. 178

Ex K: Hernandez CV Current ................................................................................... 191

Ex L: Gonzalez O' Brien CV .................................................................................... 207