# EXHIBIT LIST
## United States v. J. Ines Ruiz-Rivera
Criminal Case Number 20mj20306-AHG

__ Plaintiff     __X_ Defendant     Type of Hearing ____Bench Trial_____

| No. | Description | Date Offered | Date Admitted |
|-----|-------------|--------------|---------------|
| D1  | Google map  | 11/9/20      | 11/9/20       |
| D2  | Google map  | 11/9/20      | 11/9/20       |
| D3  | Google map  | 11/9/20      | 11/9/20       |
| D4  | Google map  | 11/9/20      | 11/9/20       |
| D5  | Google map  | 11/9/20      | 11/9/20       |
| D1M | Marked in red circle Exhibit D1 | 11/9/20 | 11/9/20 |
| D4M | Marked in red circle Exhibit D4 | 11/9/20 | 11/9/20 |
| E1  | Information sign post between community center and library | 11/9/20 | 11/9/20 |
| E2  | Information sign post looking south | 11/9/20 | 11/9/20 |
| E3  | Photo of community ctr from highway 8 | 11/9/20 | 11/9/20 |
| E4  | Photo In front of community Center | 11/9/20 | 11/9/20 |
| E5  | Photo of Back of community Center | 11/9/20 | 11/9/20 |
| E6  | Photo Facing opposite direction of E5 | 11/9/20 | 11/9/20 |